1  Name: Angelica Gracia Gonzalez
2  Address: 624 Lincoln Street
3  Telephone Phone: 760-890-5697
4  Email: angiegonzalez71@gmail.com

**FILED**

Mar 20 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ soniad    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelica Gracia Gonzalez, <br><br> Plaintiff(s), <br><br> v. <br><br> Elaine L. Chao, Secretary Department of Transportation Agency, <br><br> Defendant(s). | Case No.: **'20 CV0530 MMA JLB** <br> (assigned at time of filing) <br><br> **COMPLAINT** |

**I.  RELATED CASES**

  a.  Do you have other Civil Case(s) in this or any other federal court?

     ☐ Yes    ☒ No

  b.  If yes, please list the case numbers here:

**II.  STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

On July 12, 2018, I filed an appeal with the Equal Employment Opportunity Commission, pursuant to 29 C.F.R. 1614.403(a), from the Agency, Department of Transportation, June 14, 2018, final order regarding my EEO complaint Case No: 480-2013-00374X, Agency No: DOT/2012/24546-FMCSA-06, alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964. I was employed from November 2008 to May 2014 with the Department of Transportation, Federal Motor Carrier Safety Administration worked as a Border Inspector GS-9 in Calexico California. During this time I was subject to a hostile work environment. Upon filing an EEO complaint, alleging discrimination on the bases of sex on or about June 3, 2012; I experienced work retaliation from my immediate work supervisors John A. Urias and office supervisor Isabel Lopez. Title VII prohibits employers from discriminating against any of their employees because such employees have opposed any practice made unlawful employment by Title VII. In addition, the regulation implementing federal sector equal employment opportunity at 29 C.F.R. 1614.101(b) states that no person shall be subjected to retaliation for opposing any practice made unlawful by Title VII. I was reprimanded for AWOL and failing to Comply with the Requirements of the a Leave Restriction dated 12/06/2013. Although, I have performed my Border Inspector duties acceptably and there are no reported problems concerning my work performance. I was repeatedly counseled concerning my compliance with FMCSA Leave requirements and placed on an erroneous leave restriction. I was issued a letter of reprimanded dated 2014 for not following a verbal instruction from my supervisor John A. Urias. In May 2, 2014 I had a vehicle accident in which the brakes failed to operate and steering wheel locked while traveling in the government work vehicle in San Diego, California. I suffered a traumatic experience and developed PTSD from this incident. During this time I was wrongly accused by Isabel Lopez and John A. Urias of threatning to cause them harm by making inappropriate statements on July 17, 2014 to the worker Ms. Anne Purcell, Program Consultant, National Worker Compensation Team, Federal Aviation Administration. Ms. Purcell notified my supervisors that during my conversation with her I expressed rage towards my supervisors and that I presented suicidal and homicidal ideation. Consequently, I was placed in Administrative Leave pending disability claims and was directed to stay away from the office until further notice. On August 25, 2014 office supervisor Isabel Lopez issued a Civil Harassment Restraining Oder in the Imperial County Superior Court. Ms. Isabel Lopez determined that my statements were inappropriate and were perceived as a threat to the safety and welfare of my supervisors and coworkers. On January 5, 2015, the FMCSA proposed to remove me from my position as a Border Inspector, GS-09, Calexico Field Office, FMCSA based on the information and behavior which is charged as Inappropriate Conduct.

After being placed on Adminstravive Leave for approximately an year; On April 18, 2015 I recieved an Agency's Decision letter on my dismissal form employment with the Federal Motor Carrier Safety Adminstrion, Department of Transportation for Misconduct. The Agency wrongfully terminated and I filed an appeal with the U.S. Merit System Protection Board Western Regional Offcie on June 10, 2015 to dispute my case because I was still under treatment for PTSD after my vehichle accident and was in the process of waiting for an approval of a medical compensation or retirtment. Prior to filing an EEO complaint the Supervisos had targeted me for anything they could sanction me. Nobody else in the office had recieved any sanctions or reprimands. After my EEO filing I was immediately placed in a restirction for Leave and denined most medical leave becuase of lack of detail information from my doctors. I was place in AWOL status and leave without pay for not providing such detailed medical documentation to my employers. While I was in bed rest and not able to attend work my supervisor John A. Urias would constantly harrass me via phone calls at at times of day to question me about medical documetnation for my leave restriction. I recieve calls at early as 5 am and close to midnight calls just to question me and sometime after answering the calls he would rudely hang up on me without any explanations. I lost employment health benefits and income so I had to apply for temporary welfare meantime my Appeal with the Merit System was resolved. The U.S. Merit System Protection reviewed my case around November 2015 and ruled in my favor and ordered the Agency to return my benefits with a lump sum of paid medical leave. The Agency then agreed to change the paperwork and chang the SF50 declaring me medically retired for PTSD. The employment was not reistated at that time due to my prior filing for workers comp and medical retiremnet annuity. During this time of hardship I became homeless because my father had become very ill and was unable to help me pay for home mortgage and insurnace. I did not have any source of income to pay for bills and take care of monthly expenses. The Agency supervisors was very uncoroportive with my sittuation and placed a restraining order on me prohibiting me to get near the office.

**III.** **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I would like the Department of Transportation, Federal Motor Carrier Safety Administration to reinstate my employment as a Border Inspector in Calexico California. I am requesting for them to be financially responsible for all the debt that I have accumulated since my dismissal from employment. I have accursed a substantial amount of dept over the last six years that I have been unemployed. I have many delinquent accounts with several creditors including medical bills that have to be paid stemming from the accident that I had at work. I was forced to withdrawal the funds from my TSP account in order to avoid foreclosure of my home and repo of my vehicle. I also have attorney fees that were paid at the time of me filing my initial complaint with EEOC. I recently applied with the Justice Department, and was denied an interview until I resolve all the active delinquent accounts with the creditors and medical accounts. The Department of Transportation has decline to settle on this case and this is causing a great financial hardship in my life and I need to find a resolution with this case so that I can successfully pay all my delinquent accounts and be able to find employment with the federal government.

## IV. DEMAND FOR JURY TRIAL *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

03/20/20
Date

*Angelica Gonzalez*
Signature

*Angelica Gonzalez*
Printed Name

4