UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GRACIA GONZALEZ,<br><br>                                 Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, Secretary Department of Transportation,<br><br>                                Defendant. | Case No.: 20-cv-530-GPC-JLB<br><br>**ORDER:**<br><br>**(1) DIRECTING U.S. MARSHAL TO EFFECT SERVICE; AND**<br><br>**(2) SETTING STATUS HEARING**<br><br>**[ECF No. 9]** |

      On January 12, 2021, Plaintiff filed nunc pro tunc a response letter to this Court's Order to Show Cause. ECF No. 9. The response letter expressed Plaintiff's difficulties in effecting service. *See id.*

      Construing the pro se Plaintiff's response liberally, *see Bernhardt v. Los Angeles Cty.*, 339 F.3d 920, 925 (9th Cir. 2003), the Court constructs Plaintiff's plea as needing assistance from the U.S. Marshal to effect service. *See* 28 U.S.C. § 1915(d) (discussing the service process for proceedings in forma pauperis). The Court **GRANTS** Plaintiff's request for U.S. Marshal service pursuant to Federal Rule of Civil Procedure 4(c)(3).

Accordingly, the Court **DIRECTS** the Clerk of the Court to re-issue a summons as to Plaintiff's Complaint upon Defendant, and provide Plaintiff with the "IFP Package," consisting of the following:

1. The re-issued Summons;
2. A certified copy of this Order;
3. A certified copy of the Court's Order granting Plaintiff's motion to proceed in forma pauperis, ECF No. 5;
4. A certified copy of the Complaint; and
5. A blank U.S. Marshal Form 285.

Plaintiff shall complete the U.S. Marshal Form 285, and forward the Form 285 along with the rest of the IFP Package to the U.S. Marshal. The Court reminds Plaintiff that plaintiffs must comply with the special requirements outlined in Federal Rule of Civil Procedure 4(i) for serving the United States and its agencies, officers, or employees.

Upon receipt of the IFP Package, the U.S. Marshal is **ORDERED** to serve a copy of the Complaint and re-issued Summons upon the Defendant as directed by Plaintiff on the complete U.S. Marshal Form 285. All costs of service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). In addition, for good cause appearing, the Court **EXTENDS** the time for effecting service for 45 days, pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that a telephonic status hearing be set on March 12, 2021 at 1:00 PM for briefing on Plaintiff's prosecution of the case.

**IT IS SO ORDERED.**

Dated: January 21, 2021

Hon. Gonzalo P. Curiel
United States District Judge