UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GRACIA GONZALEZ,<br><br>                               Plaintiff,<br><br>v.<br><br>PETE BUTTIGIEG, Secretary Department of Transportation,<br><br>                              Defendant. | Case No.:  20-cv-530-GPC<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDERS REQUIRING AMENDMENT** |

      Plaintiff Angelica Gracia Gonzalez ("Plaintiff"), proceeding pro se, filed the instant civil action, alleging hostile work environment, gender discrimination, and retaliation claims against her former employer, the Department of Transportation ("DOT").  ECF No. 1. On October 27, 2021, this Court granted Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 23). ECF No. 29 ("Dismissal Order"). This dismissal was without prejudice, and Plaintiff was granted leave to file an Amended Complaint addressing the deficiencies identified in the Court's Order. Plaintiff was ordered to file any Amended Complaint on or before November 22, 2021. Ninety days have passed since the Court's Dismissal Order, and more than sixty days have elapsed since Plaintiff's Amended Complaint was due. However, Plaintiff has not filed an

1

Amended Complaint, nor has she requested an extension of time in which to do so. *See Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [she] will not do so—is properly met with the sanction of a Rule 41(b) dismissal.")

Accordingly, the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted, and her failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's October 27, 2021 Order. ECF No. 29. The Court DIRECTS the Clerk to enter a final judgment of dismissal and to close the file.

**IT IS SO ORDERED.**

Dated: January 26, 2022

Hon. Gonzalo P. Curiel
United States District Judge