

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Angelica Gracia Gonzalez

                          **Plaintiff,**

               V.

Elaine L. Chao; Pete Buttigieg

                          **Defendant.**

Civil Action No.  20-cv-0530-GPC-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted, and her failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's October 27, 2021 Order. ECF No. 29.

Date:  1/26/22

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Gilbert

                                                   D. Gilbert, Deputy